NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

WIPRO, LLC_____, )
                                    )
        Plaintiff(s),               )
                                    )
v.                                  )   CASE NO.  4:22-cv-03116-JMG-MDN
                                    )
FIRST DATA GOVERNMENT SOLUTIONS, LP, )
                                    )
        Defendant(s).               )

**DISCLOSURE OF CORPORATE AFFILIATIONS,
FINANCIAL INTEREST, AND BUSINESS ENTITY CITIZENSHIP**

Pursuant to Federal Rule of Civil Procedure 7.1 and *GMAC Commercial Credit*

*LLC v. Dillard Department Stores, Inc.*, 357 F.3d 827, 828 (8th Cir. 2004), _____

 WIPRO, LLC_____, makes the following disclosures concerning
parent
        (Party Name)

 companies, subsidiaries, partners, limited liability entity members and managers, affiliates, and

similar entities, as well as unincorporated associations or similar entities.

*[INSTRUCTIONS: Check the applicable box or boxes, and fill in any required information.]*

☐  This party is an individual.

☐  This party is a publicly held corporation or other publicly held entity.

☒  This party has parent corporations

        If yes, identify all parent corporations, including grandparent and great-
        grandparent corporations:

        Wipro Limited

NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1

[X] Ten percent or more of the stock of a party is owned by a publicly held corporation or other publicly held entity.

If yes, identify all such owners:  WIPRO Limited

[ ] Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

If yes, identify all corporations or entities and the nature of their interest:

[ ] This party is a limited liability company or limited liability partnership.

If yes, identify each member of the entity and the member's state of citizenship:

[ ] This party is an unincorporated association or entity.

If yes, identify the members of the entity and their states of citizenship:

Additional information:

Date:  July 11, 2022                              s/ Richard P. Jeffries
                                                                (Signature)

CERTIFICATE OF SERVICE

I hereby certify that on  July 11, 2022            , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following: First Data Government Solutions, LP                              ,

and I hereby certify that I have mailed by United States Postal Service the document to the following CM/ECF participants:  First Data Government Solutions, LP                        .

                                                          s/  Richard P. Jeffries