UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WIPRO LIMITED, LLC, | ) | |
| | ) | Case No. 4:22-CV-03116 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | DEFENDANT'S UNOPPOSED MOTION FOR |
| | ) | EXTENSION OF TIME TO RESPOND |
| FIRST DATA GOVERNMENT SOLUTIONS, LP, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant First Data Government Solutions, LP ("Defendant"), pursuant to Fed.R.Civ.P. 6 and NeCivR. 6.1, respectfully requests an extension of time to and including August 25, 2022 to answer or otherwise respond to the Complaint filed by Plaintiff Wipro Limited, LLC ("Plaintiff") in this action. In support of this Unopposed Motion, Defendant states as follows:

1. On July 1, 2022, Plaintiff filed its Complaint in this action (Doc. No. 1).

2. The Plaintiff served its Complaint on Defendant on July 5, 2022.

3. Defendant's response to the Complaint is currently due on July 26, 2022.

4. Defendant requires additional time to investigate and respond to the allegations contained in the Complaint. Accordingly, Defendant respectfully requests an extension of its response deadline to and including August 25, 2022.

5. Counsel for Defendant has conferred with Plaintiff's counsel, who has indicated that he does not oppose the extension of time requested by this Motion.

WHEREFORE, Defendant First Data Government Solutions, LP respectfully requests that this Motion be granted and its deadline to answer or otherwise respond to the Complaint be extended to and including August 25, 2022.

DATED this 13th day of July, 2022.

        FIRST DATA GOVERNMENT
        SOLUTIONS, LP, Defendant

By: */s/Matthew G. Munro*
    William F. Hargens (#16578)
    Matthew G. Munro (#26190)
    McGrath North Mullin & Kratz, PC LLO
    First National Tower, Suite 3700
    1601 Dodge Street
    Omaha, NE 68102
    Phone: 402-341-3070
    Fax: 402-341-0216
    whargens@mcgrathnorth.com
    mmunro@mcgrathnorth.com
    *ATTORNEYS FOR DEFENDANT*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 13th day of July, 2022, the above and foregoing **Defendant's Unopposed Motion for Extension of Time to Respond** was filed electronically with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Richard P. Jeffries
Andre R. Barry
CLINE WILLIAMS WRIGHT
JOHNSON & OLDFATHER, L.L.P.
Sterling Ridge
12910 Pierce Street, Suite 200
Omaha, NE 68144
rickjeffries@clinewilliams.com
abarry@clinewilliams.com
*Attorneys For Plaintiff*

        */s/Matthew G. Munro*
        Matthew G. Munro