AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 4:22-cv-03116

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* First Data Government Solutions
was received by me on *(date)* July 1, 2022 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Defendant was served on July 5, 2022 via U.S. Mail, Certified Mail. Return receipt is attached.

My fees are $ 7.53 for travel and $ _____ for services, for a total of $ 7.53 .

I declare under penalty of perjury that this information is true.

Date: July 13, 2022

s/ Richard P. Jeffries
*Server's signature*

Richard P. Jeffries, Attorney for Plaintiff
*Printed name and title*

12910 Pierce Street, Suite 200, Omaha, NE 68144
*Server's address*

Additional information regarding attempted service, etc:

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ Ryan MacArthur    ☐ Agent  ☐ Addressee<br>B. Received by *(Printed Name)*  Ryan MacArthur   C. Date of Delivery |
| 1. Article Addressed to:<br><br>First Data Government Solutions, LP<br>c/o Corporation Service Company, Reg. Agent<br>251 Little Falls Dr.<br>Wilmington, DE 19808<br><br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 7223 1284 3968 54 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No |
| 2. Article Number *(Transfer from service label)*<br>7021 1970 0000 6276 7629 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |

PS Form 3811, July 2020 PSN 7530-02-000-9053                                    Domestic Return Receipt