UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WIPRO, LLC, | ) | |
| | ) | Case No. 4:22-CV-03116 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DEFENDANT FIRST DATA** |
| | ) | **GOVERNMENT SOLUTIONS, LP'S** |
| FIRST DATA GOVERNMENT | ) | **EVIDENCE INDEX IN SUPPORT OF** |
| SOLUTIONS, LP, | ) | **MOTION TO DISMISS PLAINTIFF'S** |
| | ) | **COMPLAINT FOR FAILURE TO STATE** |
| Defendant. | ) | **A CLAIM** |
| | ) | |

Defendant First Data Government Solutions, LP ("First Data") hereby submits the following evidence in support of its Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim:

1.   **Exhibit 1:** Affidavit of Melissa R. Alpert in Support of Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim.

   a.   **Exhibit 1-A:** A true and correct copy of the Amended Complaint filed in *Wipro Ltd. v. State of Nebraska*, Case No. CI 19-676, Transaction ID 0014571246 (Neb. D. Ct. Lancaster Cty. Oct. 26, 2021).

   b.   **Exhibit 1-B:** A true and correct copy of the Order entered by the court in *Wipro Ltd. v. State of Nebraska*, Case No. CI 19-676, Transaction ID 002035744D02 (Neb. D. Ct. Lancaster Cty. Apr. 1, 2021).

Dated: August 25, 2022

Respectfully submitted,

By: /s/ Melissa J. Tea
   Melissa J. Tea (*pro hac vice*)
   Melissa R. Alpert (*pro hac vice*)
   K&L GATES LLP
   K&L Gates Center
   210 Sixth Avenue
   Pittsburgh, PA 15222

Phone: (412) 355-8385
Fax: (412) 355-6501
Melissa.Tea@klgates.com
Melissa.Alpert@klgates.com

William F. Hargens (#16578)
Matthew G. Munro (#26190)
McGrath North Mullin & Kratz, PC LLO
First National Tower, Suite 3700
1601 Dodge Street
Omaha, NE  68102
Phone: (402) 341-3070
Fax:  (402) 341-0216
whargens@mcgrathnorth.com
mmunro@mcgrathnorth.com

*Attorneys for Defendant First Data Government Solutions, LP*

**CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that on the 25th day of August, 2022, the above and foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

 Richard P. Jeffries
 Andre R. Barry
 CLINE WILLIAMS WRIGHT
 JOHNSON & OLDFATHER, L.L.P.
 Sterling Ridge
 12910 Pierce Street, Suite 200
 Omaha, NE 68144
 rickjeffries@clinewilliams.com
 abarry@clinewilliams.com
 *Attorneys For Plaintiff*

               /s/ Melissa J. Tea