IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WIPRO, LLC,<br><br>      Plaintiff,<br><br>vs.<br><br>FIRST DATA GOVERNMENT SOLUTIONS, LP,<br><br>      Defendant. | 4:22CV3116<br><br>**JUDGMENT** |

In accordance with the Memorandum and Order entered today, judgment is entered in favor of Defendant and against Plaintiff. This case is dismissed with prejudice.

Dated this 30th day of September 2025.

BY THE COURT:

*Susan M. Bazis*
Susan M. Bazis
United States District Judge